■ In the Matter of NEW YORK COUNTY ASBESTOS LITIGATION. KEITH H. CLARK, Plaintiff, v A.O. SMITH WATER PRODUCTS et al., Defendants, and KENTILE FLOORS, INC., et al., Respondents. JOAN M. GASIOR, Nonparty Appellant. [937 NYS2d 853]—

The discontinuances in two of the actions and substitution of counsel in the other deprive appellant of any further controversy to have determined; there does not appear to be any exception to the mootness doctrine (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). If we were to address the merits, we would find that the motion court properly granted the motion in light of appellant's intimate familiarity with the moving defendants' settlement strategies. Concur—Tom, J.P., Sweeny, Acosta, Renwick and Román, JJ.

Motion to supplement record or take judicial notice of certain documents denied.